AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| **UNITED STATES OF AMERICA** | Criminal Complaint |
|---|---|
| VS | |
| **HERNANDEZ, Maria**<br>A87 592 277 | Case Number 1: 09 PO <u>208</u> |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 15, 2009</u> in <u>Cameron</u> County, in the <u>SOUTHERN</u> District of <u>TEXAS</u> defendant, an alien, did

knowingly, willfully, and in violation of law attempt to gain illegal entry into the United States by presenting a laser visa border crossing card belonging to someone else and in furtherance of such violation did present herself at the Port of Entry in Brownsville, Texas

in violation of Title <u>   8   </u> United States Code, Section(s) <u>   1325 (a)(3)   </u>.

I further state that I am a <u>Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States via the Veterans International Bridge in Brownsville, Texas. The defendant presented a laser visa border crossing card bearing the name of Lidia Cruz Castillo and further claimed to be said person to a Customs and Border Protection Officer. The defendant was determined, by Customs and Border Protection Officers, to be a citizen and national of Mexico with no legal status to enter or reside in the United States.

**Continued on the attached sheet and made a part hereof:**     <u>   </u>**:Yes**    <u>X</u> **:No**

/s/
Signature of Complainant
Armando Espinoza Jr.

**Sworn to before me and subscribed in my presence,**

<u>**August 17, 2009**</u>                    at              <u>BROWNSVILLE, Texas</u>
Date                                                                City and State

<u>**Felix Recio  U.S. MAGISTRATE JUDGE**</u>              <u>           /s/           </u>
Name & Title of Judicial Officer                              Signature of Judicial Officer